ORIGINAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**FILED**

SEP 1 1 2006

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| GARY ZAGAMI, on behalf of himself and all others similarly situated, ) ) ) | CIVIL ACTION NO. _____ |
| Plaintiff, ) ) | CLASS ACTION |
| v. ) ) | **3-06CV1654-D** |
| NATURAL HEALTH TRENDS CORP, MARK WOODBURN, TERRY L. LaCORE, CHRIS SHARNG, SIR BRIAN WOLFSON, TIMOTHY DAVIDSON, RANDALL A. MASON, ) ) ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. ) ) | |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS

Plaintiff Gary Zagami, on behalf of himself and all others similarly situated, through his counsel, believes that the following persons and entities have a financial interest in the outcome of this action:

1.    Plaintiff Gary Zagami;

2.    Plaintiff class members who purchased Natural Health Trends Corp common stock on the open market from March 31, 2003, through August 11, 2006, who are not affiliated with or related to any Defendant named herein;

3.    Defendant Natural Health Trends Corp;

4.    Defendant Mark Woodburn;

5.    Defendant Terry L. LaCore;

6.    Defendant Chris Sharng;

7.    Defendant Sir Brian Wolfson;

8.    Defendant Timothy Davidson;

9.    Defendant Randall A. Mason; and

10.   Attorneys for Plaintiff:

     (a)    Thomas E. Bilek
           Hoeffner & Bilek, L.L.P.
           1000 Louisiana, Suite 1302
           Houston, Texas  77002
           (713) 227-7720
           FAX (713) 227-9404

     (b)    Phillip Kim
           Laurence Rosen
           The Rosen Law Firm, P.A.
           350 Fifth Avenue, Suite 5508
           New York, NY  10118
           Telephone: (212) 686-1060
           Facsimile: (212) 202-3827

     (c)    Christopher S. Hinton
           The Hinton Law Firm
           350 Fifth Avenue, Suite 5508
           New York, NY  10118
           Telephone: (646) 723-3377
           Facsimile: (212) 202-3827

Dated:  September 8, 2006

Respectfully submitted,

*Thomas E. Bilek*

Thomas E. Bilek
State Bar No. 02313525
**HOEFFNER & BILEK, L.L.P.**
1000 Louisiana, Suite 1302
Houston, TX  77002
(713) 227-7720
FAX (713) 227-9404

Phillip Kim, Esq.
Laurence Rosen, Esq.
**THE ROSEN LAW FIRM, P.A.**
350 Fifth Avenue, Suite 5508
New York, NY  10118
Telephone: (212) 686-1060
Facsimile: (212) 202-3827

Christopher S. Hinton, Esq.
**THE HINTON LAW FIRM**
350 Fifth Avenue, Suite 5508
New York, NY  10118
Telephone: (646) 723-3377
Facsimile: (212) 202-3827

COUNSEL FOR PLAINTIFFS