ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

SEP 11 2006

CLERK, U.S. DISTRICT COURT
By_____
     Deputy

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

|  |  |
|---|---|
| GARY ZAGAMI, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATURAL HEALTH TRENDS CORP, MARK WOODBURN, TERRY L. LaCORE, CHRIS SHARNG, SIR BRIAN WOLFSON, TIMOTHY DAVIDSON, RANDALL A. MASON,<br><br>Defendants. | CIVIL ACTION NO. _____<br><br>CLASS ACTION<br><br>**3-06CV1654-D**<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS

Plaintiff Gary Zagami, on behalf of himself and all others similarly situated, through his counsel, believes that the following persons and entities have a financial interest in the outcome of this action:

1. Plaintiff Gary Zagami;

2. Plaintiff class members who purchased Natural Health Trends Corp common stock on the open market from March 31, 2003, through August 11, 2006, who are not affiliated with or related to any Defendant named herein;

3. Defendant Natural Health Trends Corp;

4. Defendant Mark Woodburn;

5. Defendant Terry L. LaCore;

6. Defendant Chris Sharng;

7.   Defendant Sir Brian Wolfson;

8.   Defendant Timothy Davidson;

9.   Defendant Randall A. Mason; and

10.  Attorneys for Plaintiff:

   (a)   Thomas E. Bilek
         Hoeffner & Bilek, L.L.P.
         1000 Louisiana, Suite 1302
         Houston, Texas  77002
         (713) 227-7720
         FAX (713) 227-9404

   (b)   Phillip Kim
         Laurence Rosen
         The Rosen Law Firm, P.A.
         350 Fifth Avenue, Suite 5508
         New York, NY  10118
         Telephone: (212) 686-1060
         Facsimile: (212) 202-3827

   (c)   Christopher S. Hinton
         The Hinton Law Firm
         350 Fifth Avenue, Suite 5508
         New York, NY  10118
         Telephone: (646) 723-3377
         Facsimile: (212) 202-3827

Dated: September 8, 2006

                                    Respectfully submitted,

                                    /s/ Thomas E. Bilek
                                    _____
                                    Thomas E. Bilek
                                    State Bar No. 02313525
                                    **HOEFFNER & BILEK, L.L.P.**
                                    1000 Louisiana, Suite 1302
                                    Houston, TX  77002
                                    (713) 227-7720
                                    FAX (713) 227-9404

Phillip Kim, Esq.
Laurence Rosen, Esq.
**THE ROSEN LAW FIRM, P.A.**
350 Fifth Avenue, Suite 5508
New York, NY 10118
Telephone: (212) 686-1060
Facsimile: (212) 202-3827

Christopher S. Hinton, Esq.
**THE HINTON LAW FIRM**
350 Fifth Avenue, Suite 5508
New York, NY 10118
Telephone: (646) 723-3377
Facsimile: (212) 202-3827

COUNSEL FOR PLAINTIFFS