**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| GARY ZAGAMI, BRIAN KELLY, AND RICK PATMORE, on behalf of themselves and all others similarly situated, | § § § § | |
| Plaintiffs, | § § | Civil Action No.: 3-06-CV-1654-D |
| v. | § § | CLASS ACTION |
| NATURAL HEALTH TRENDS CORP., MARK D. WOODBURN, TERRY L. LaCORE and RANDALL A. MASON, | § § § § | |
| Defendants. | § | |

**UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**
**AND PLAN OF ALLOCATION**

Pursuant to Rule 23 of the Federal Rules of Civil Procedure, Lead Plaintiffs Gary Zagami, Brian Kelly and Rick Patmore ("Lead Plaintiffs"), through their attorneys, The Rosen Law Firm P.A. and Fineberg|Gresham, respectfully make this Motion for Final Approval of Class Action Settlement and Plan of Allocation, and in support state as follows:

1.      This action is a securities class action on behalf of all persons who purchased the publicly traded common stock of defendant Natural Health Trends Corp. ("NHTC") during the period from April 16, 2002 through November 15, 2005, inclusive ("Class Period").

2.      The parties in the above action entered into a Stipulation and Agreement of Settlement dated March 19, 2009 (the "Stipulation"), which was previously filed with the Court.

3.      By this Motion, Lead Plaintiffs seek this Court to enter an Order:

(a)      finally approving the proposed Settlement on the terms set forth in the Stipulation;

(b)      approving the Plan of Allocation of Settlement proceeds; and

(c)    entering a Judgment in the amount of $200,000 pursuant to Paragraph 30 of the Stipulation against NHTC for its non-payment of its portion of the Settlement Fund.

4.    A proposed Order and Final Judgment is submitted herewith.

5.    Defendants do not oppose this Motion and no objections have been filed to the proposed Settlement.

WHEREFORE, based upon the foregoing, Lead Plaintiffs request that this Court grant the Motion for Final Approval of Class Action Settlement and Plan of Allocation and enter the Judgment and Order submitted herewith.

Dated:  July 7, 2009                          Respectfully submitted,

                                              THE ROSEN LAW FIRM, P.A.

                                              /s/  Laurence M. Rosen, Esq.
                                              Laurence M. Rosen, Esq. *(pro hac vice)*
                                                  Email: lrosen@rosenlegal.com
                                              Phillip Kim, Esq. *(pro hac vice)*
                                                  Email: pkim@rosenlegal.com
                                              350 Fifth Avenue, Suite 5508
                                              New York, New York 10118
                                              Tel: (212) 686-1060
                                              Fax: (212) 202-3827
                                              Lead Counsel for Lead Plaintiffs

                                                      -and-

                                              FINEBERG|GRESHAM
                                              Joel M. Fineberg, Esq. (State Bar No. 07008520)
                                                  Email: jfineberg@fineberglaw.com
                                              R. Dean Gresham, Esq. (State Bar No. 24027215)
                                                  Email: dgresham@fineberglaw.com
                                              3811 Turtle Creek Blvd., Suite 1900
                                              Dallas, TX 75219
                                              Tel: (214) 219-8828
                                              Fax: (214) 219-8838
                                              Liaison Counsel for Lead Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on this on the 7th day of July, 2009, a true and correct copy of the foregoing document was served by CM/ECF notification or U.S. first class mail on the following counsel:

Paul R. Bessette
Michael J. Biles
Jennifer R. Brannen
GREENBERG TRAURIG, LLP
600 Congress Avenue, Suite 300
Austin, Texas 78701
Counsel for Defendants Natural Health
Trends Corp. and Randall A. Mason

Edwin J. Tomko
Jason M. Ross
CURRAN TOMKO TARSKI LLP
2001 Bryan Street, Suite 2050
Dallas, Texas 75201
Counsel for Defendant Terry L. LaCore

Daniel H. Gold
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700,
Dallas, Texas 75219
Counsel for Defendant Mark D. Woodburn

/s/ Phillip Kim_____